

FILED

06/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0186

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0186

DANIEL COYLE,

Plaintiff and Appellee,

v.

DHANLAXMI, LLC, d/b/a BUDGET INN OF
DEER LODGE; ROHIT PATEL; PRAKASH
GANDHI, and JOHN DOES 1-5,

Defendants,

POOJA HOSPITALITY, LLC; LAXMI GROUP,
LLC,

Intervenors and Appellants.

FILED

JUN 2 0 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellee Daniel Coyle moves to dismiss this appeal, filed by Intervenors Pooja Hospitality, LLC, and Laxmi Group, LLC, on March 22, 2023. Intervenors oppose Coyle's motion to dismiss.

Intervenors seek to appeal from the December 9, 2022 Order Denying Motion to Dissolve Temporary Restraining Order of the Third Judicial District Court, Powell County, in its Cause No. DV-19-26. On January 6, 2023, after intervening in the case, Intervenors moved to amend the order under M. R. Civ. P. 59(e); that motion was deemed denied by operation of law 60 days later and this appeal followed.

Coyle argues this Court lacks jurisdiction to hear this appeal because the order at issue is not a final order and, as a temporary restraining order, is not immediately appealable. Intervenors respond that the order is immediately appealable under M. R. App. P. 6(3)(e) because in substance it is an order refusing to dissolve an injunction.

We look to the District Court record to determine whether the order at issue created a preliminary injunction, which would be immediately appealable under Rule 6(3)(e). On

July 31, 2020, Coyle moved for a temporary restraining order and injunction. At that time, Intervenors had not yet intervened. That same day, the District Court issued a Temporary Restraining Order and Order to Show Cause, setting the hearing for August 11, 2020.

However, on August 11, 2020, the parties did not attend the show cause hearing, instead filing a Stipulation to Continue Show Cause Hearing, in which they agreed that the temporary restraining order of July 31, 2020, would "remain in effect until a hearing can be scheduled on Plaintiff's Request for a Preliminary Injunction."

On October 6, 2020, Defendant Dhanlaxmi, LLC, d/b/a Budget Inn of Deer Lodge, moved to dissolve the temporary restraining order against Intervenors. On October 9, 2020, the parties filed a Stipulation to Amend Temporary Restraining Order. In that stipulation, the parties assert, in relevant part, "Following a zoom hearing on October 6, 2020, the parties stipulated to amending the current Preliminary Injunction . . . . During the hearing the parties agreed to an amended Temporary Restraining Order[.]" However, briefing continued on the motion to dissolve the temporary restraining order, and after the District Court denied the motion on December 6, 2022, Intervenors moved to intervene and subsequently requested the District Court alter or amend the December 6, 2022 order under M. R. Civ. P. 59(e).

Having examined the December 9, 2022 Order Denying Motion to Dissolve Temporary Restraining Order, we find that although the court referred to the action as a "temporary restraining order," it relied on the statutes applicable to preliminary injunctions, including § 27-19-201, MCA, and case law applicable to injunctions that enjoin non-parties. Moreover, § 27-19-314, MCA, provides, "Where an application for an injunction is made . . . the court . . . may enjoin the adverse party, until the hearing and decision of the application, by an order which is called a temporary restraining order." The court held such hearing on October 6, 2020, and decided to further enjoin Intervenors. After hearing and decision, the subsequent enjoinment was no longer a temporary restraining order.

We therefore conclude that the order at issue is immediately appealable under M. R. App. P. 6(3)(e).

2

IT IS HEREBY ORDERED that that the motion to dismiss this appeal is DENIED.

The Clerk is directed to provide copies of this Order to all counsel of record.

Dated this ⟶20⟵ day of June, 2023.

                              Justices